AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-9249(OEM)(ST)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OMID ELYAHOO

was received by me on *(date)* 02/07/2024.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of ~~abode~~ business with *(name)* "MANIN"
Manager and co-worker, a person of suitable age and discretion who ~~resides~~ works there,
on *(date)* 02/07/2024, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 100.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 02/19/24

Server's signature

Steven L. Barker
Printed name and title

608 300/55
Brooklyn, NY 11230
Server's address

Additional information regarding attempted service, etc:

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 2025