AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-9249(OEM)(ST)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Avi Eitan
was received by me on *(date)* 02/07/2024.

☒ I personally served the summons on the individual at *(place)* 400 W Merrick Rd Valley Stream, NY on *(date)* Feb 07 2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 100.00 for services, for a total of $ 1000.00.

I declare under penalty of perjury that this information is true.

Date: 02/19/24

Server's signature

Steven Choula
Printed name and title

608 300155
Brooklyn, NY 11230
Server's address

Additional information regarding attempted service, etc:

PARBATIE SINGH
Notary Public, State of New York
No. 01SI6062253
Qualified in Queens County
Commission Expires August 6, 2025