| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------------X | Hon. Orelia E. Merchant<br>M. J. Steven L. Tiscione |
| AUTOEXPO ENT INC., PEACE PROPERTIES LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC, | Case No.: 2:23 cv 9249<br><br>NOTICE OF APPEARANCE |
| *Plaintiffs* | |
| against | |
| OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS AVI EITAN, and FAZEEDA KASSIM, | |
| *Defendants.*<br>-----------------------------------------------------------------------X | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

You are hereby notified that I, MATIN EMOUNA, of the firm Emouna & Mikhail PC., an attorney duly licensed to practice in the State of New York, and the appear as Counsel for SIMPSOCIAL LLC, in the above-entitled action.

It is respectfully requested that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case and any case consolidated herewith, relating to the captioned case, be given to and served upon them. This request encompasses all notices, copies, and pleadings, including without limitation, notices of any orders, motions, complaints, petitions pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, transmitted by mail, delivery, e-mail, facsimile, or otherwise which affect or seek to affect the above-captioned case.

Dated: Garden City, New York
      February 26, 2024

                                                              MATIN EMOUNA, ESQ.
                                                              EMOUNA & MIKHAIL, PC
                                                              *Attorneys for SIMPSOCIAL LLC*
                                                             100 Garden City Plaza, Suite 520
                                                             Garden City, New York 11501
                                                             Tel    (516) 877-9111
                                                            Fax   (516) 877-9112
                                                            Memouna@emiklaw.com