UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC,     Civil Action File No:
NETWORK REINSURANCE COMPANY INC.,     Case No.:2:23-cv-9249
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

                    Plaintiffs,     **NOTICE OF APPEARANCE**

      v.

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP
a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN
and FAZEEDA KASSIM,

                    Defendants.
------------------------------------------------------------------------X
COUNSELORS:

        PLEASE TAKE NOTICE, Steven Cohn, Esq. of the Law Office of Steven Cohn, P.C., hereby appears in the above-captioned case on behalf of Defendants FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN and FAZEEDA KASSIM and demands that all further pleadings, correspondence and/or documents alike be served upon him at the address and e-mail address listed below.

Dated: Carle Place, New York            LAW OFFICE OF STEVEN COHN, P.C.
        February 28, 2024

                                              By: /s/ *Steven Cohn*
                                              Steven Cohn, Esq.
                                              Attorneys for Defendants
                                              FIFTY SEVEN CONSULTING CORP.
                                              d/b/a CERTIFIED AUTO GROUP
                                              a/k/a CERTIFIED PERFORMANCE MOTORS,
                                              AVI ETAN and FAZEEDA KASSIM
                                              One Old Country Road, Suite 420
                                              Carle Place, New York 11514
                                              Ph: (516) 294-6410
                                              Fax: (516) 294-0094
                                              Email: SCohn@scohnlaw.com

TO:   All Parties via ECF