UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC,     Civil Action File No:
NETWORK REINSURANCE COMPANY INC.,     Case No.:2:23-cv-9249
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

                         Plaintiffs,                        **NOTICE OF APPEARANCE**

      v.

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP
a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN
and FAZEEDA KASSIM,

                         Defendants.
---------------------------------------------------------------------X
COUNSELORS:

    PLEASE TAKE NOTICE, Matthew T. Feinman, Esq. of the Law Office of Steven Cohn, P.C., hereby appears in the above-captioned case on behalf of Defendants FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN and FAZEEDA KASSIM and demands that all further pleadings, correspondence and/or documents alike be served upon him at the address and e-mail address listed below.

Dated: Carle Place, New York          LAW OFFICE OF STEVEN COHN, P.C.
       February 28, 2024

                                                   By: /s/ *Matthew Feinman*
                                                  Matthew T. Feinman, Esq.
                                                  Attorneys for Defendants
                                                 FIFTY SEVEN CONSULTING CORP.
                                                  d/b/a CERTIFIED AUTO GROUP
                                                  a/k/a CERTIFIED PERFORMANCE MOTORS,
                                                 AVI ETAN and FAZEEDA KASSIM
                                                 One Old Country Road, Suite 420
                                                 Carle Place, New York 11514
                                                 Ph: (516) 294-6410
                                                 Fax: (516) 294-0094
                                                 Email: MFeinman@scohnlaw.com

TO:   All Parties via ECF