UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC,     Civil Action File No:
NETWORK REINSURANCE COMPANY INC.,     Case No.:2:23-cv-9249
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

                                 Plaintiffs,            **NOTICE OF**
         v.                                               **APPEARANCE**

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP
a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN
and FAZEEDA KASSIM,

                                 Defendants.
-------------------------------------------------------------------X
COUNSELORS:

       PLEASE TAKE NOTICE, Matthew T. Feinman, Esq. of the Law Office of Steven Cohn, P.C., hereby appears in the above-captioned case on behalf of Defendants FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN and FAZEEDA KASSIM and demands that all further pleadings, correspondence and/or documents alike be served upon him at the address and e-mail address listed below.

Dated: Carle Place, New York                 LAW OFFICE OF STEVEN COHN, P.C.
         February 28, 2024

                                                    By: /s/ *Matthew Feinman*
                                                    Matthew T. Feinman, Esq.
                                                    Attorneys for Defendants
                                                   FIFTY SEVEN CONSULTING CORP.
                                                     d/b/a CERTIFIED AUTO GROUP
                                                    a/k/a CERTIFIED PERFORMANCE MOTORS,
                                                   AVI ETAN and FAZEEDA KASSIM
                                                   One Old Country Road, Suite 420
                                                   Carle Place, New York 11514
                                                   Ph: (516) 294-6410
                                                   Fax: (516) 294-0094
                                                   Email: MFeinman@scohnlaw.com

Case 2:23-cv-09249-OEM-ST   Document 21   Filed 02/28/24   Page 2 of 2 PageID #: 79

TO:     All Parties via ECF