# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 9, 2024 |
| TIME: | 2:00 P.M. |
| DOCKET NUMBER(S): | CV-23-9249 (OEM) |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al v. Elyahou et al. |
| FOR PLAINTIFF(S): | Mule |
| FOR DEFENDANT(S): | Feinman, Emouna |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (2:00 - 2:30) |

<u>RULINGS FROM</u> Motion Hearing:

Defendants' Motions to Stay Discovery [25][26] are granted. Discovery is stayed pending a decision on the Motion to Dismiss. Parties shall file a joint status report in 90 days.