# Steven Cohn, P.C.

COUNSELOR AT LAW

One Old Country Road - Suite 420

Carle Place, New York 11514

STEVEN COHN
_____
SUSAN E. DANTZIG
MITCHELL R. GOLDKLANG
ALAN S. ZIGMAN
JEFFREY H. WEINBERGER
PETER CHATZINOFF
MATTHEW T. FEINMAN

Tel. (516) 294-6410
 Fax (516) 294-0094

May 13, 2024

<u>Via FedEx and USPS</u>
Milman Labuda Law Group PLLC
Attn:  Michael Mule, Esq.
3000 Marcus Avenue
Suite 3W8
Lake Success, New York 11402

Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.,*
Case No.: 23-cv-9249,*Certified Defendants' Motion to Dismiss*

Counsel:

On behalf of defendants Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim (collectively, the "Certified Defendants"), in the above-captioned action, we hereby enclose:

i.  the Certified Defendants' Notice of Motion for an order (i) dismissing the First, Second, Third, Fourth and Sixth Causes of Action of Plaintiffs' Complaint, and, the Complaint in its entirety as against the Certified Defendants, pursuant to Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, and (ii) granting the the Certified Defendants such other and further relief as may be just, proper and equitable (the "Certified Defendants' Motion to Dismiss the Complaint"); and

ii.  The Certified Defendants Memorandum of Law in Support of their Motion To Dismiss the Complaint, dated May 13, 2024; and

iii.  Declaration of Matthew Feinman dated May 13, 2024, together with supporting Exhibits.

Sincerely,

/s/ Matthew Feinman
Steven Cohn, Esq.
Matthew Feinman