6/6/24, 12:25 PM    RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference - Matthew Feinman - ...

Case 2:23-cv-09249-OEM-ST   Document 34-1   Filed 06/06/24   Page 1 of 8 PageID #: 325

# RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

**Netanel Newberger** <netanel@mmmlaborlaw.com>

Wed 6/5/2024 1:46 PM

To: Matin Emouna <memouna@emiklaw.com>; Matthew Feinman <mfeinman@scohnlaw.com>
Cc: Kyle Monaghan <Kyle@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>

Dear Matin and Matt:

We plan to submit our opposition to the motion to dismiss within the time ordered by the court. Also, we intend to file 1 opposition brief in response to both motions to dismiss. As such, we are asking your consent for an additional 5 pages beyond the 25 page brief limit. Otherwise, we will need to submit 2 separate opposition briefs, which clearly would not be the court's preferred course of action. We would appreciate it if you can let us know today if we have your consent, as time is short. Thank you.

Netanel Newberger, Esq.- Partner
Milman Labuda Law Group, PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Direct:       (516) 303-1356
Telephone: (516) 328-8899
Facsimile:  (516) 328-0082
Email:       netanelnewberger@mllaborlaw.com


**From:** Matin Emouna <memouna@emiklaw.com>
**Sent:** Tuesday, June 4, 2024 3:13 PM
**To:** Matthew Feinman <mfeinman@scohnlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Michael
Hope all is well. Please provide where we stand. I also agree that the request for an extension but 6/21 Friday doesn't work for the same reasons below that Monday 6/24 doesn't work.
Regards
Matin Emouna



MATIN EMOUNA, ESQ.



100 Garden City Plaza, Suite 520, Garden City, NY 11530
Tel:  516-877-9111  Fax: 516-877-9112
www.emiklaw.com

THE INFORMATION CONTAINED IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this

6/6/24, 12:25 PM RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference - Matthew Feinman - …

Case 2:23-cv-09249-OEM-ST   Document 34-1   Filed 06/06/24   Page 2 of 8 PageID #: 326

message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database. IRS CIRCULAR 230 DISCLOSURE : To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the internal revenue code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed here.

**From:** Matthew Feinman <mfeinman@scohnlaw.com>
**Sent:** Monday, June 3, 2024 11:50 AM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Matin Emouna <memouna@emiklaw.com>
**Cc:** Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Mike,

We're trying to work with you on your request for an extension but 6/21 Friday doesn't work for the same reasons below that Monday 6/24 doesn't work.

Please let us know how you'd like proceed.

Thanks,
Matt

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Monday, June 3, 2024 9:17 AM
**To:** Matin Emouna <memouna@emiklaw.com>
**Cc:** Matthew Feinman <mfeinman@scohnlaw.com>; Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Opp. 6/21, Reply 7/18. Okay?

**From:** Matin Emouna <memouna@emiklaw.com>
**Sent:** Monday, June 3, 2024 9:12 AM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>
**Cc:** Matthew Feinman <mfeinman@scohnlaw.com>; Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Gents

Hope all is well.

6/6/24, 12:25 PM
Case 2:23-cv-09249-OEM-ST Document 34-1 Filed 06/06/24 Page 3 of 8 PageID #: 327
RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference - Matthew Feinman - ...

Please be advised that I consent to the briefing schedule sent by co-defendant counsel Matt Feinman.

The Opposition for June 24 really does not work for me as I will be engaged in federal criminal matters on June 24 June 25 and June 26. I am then scheduled to travel out of the county from June 27 until July 7. Upon my return I am fully booked the week of July 8 and July 15.

Regards

Matin.

Sent from my iPhone

> On May 31, 2024, at 4:21 PM, Michael Mule <MichaelMule@mllaborlaw.com> wrote:
>
> Matin, Are you fine with Opp. 6/24, Reply. 7/18?
>
> **From:** Matin Emouna <memouna@emiklaw.com>
> **Sent:** Friday, May 31, 2024 4:04 PM
> **To:** Matthew Feinman <mfeinman@scohnlaw.com>
> **Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
> **Subject:** Re: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference
>
> Fine with me
>
> Sent from my iPhone
>
>> On May 31, 2024, at 8:06 PM, Matthew Feinman <mfeinman@scohnlaw.com> wrote:
>>
>> If it's alright with Matin:
>>
>> June 17 for your opposition.

6/6/24, 12:25 PM
RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference - Matthew Feinman - ...

Case 2:23-cv-09249-OEM-ST    Document 34-1    Filed 06/06/24    Page 4 of 8 PageID #: 328

July 18 for reply.

Between vacation, the Fourth and schedule after, that'd leave some workable days in the days after you file on June 17 and then some days on the backend leading up to July 18.

Matthew Feinman, Esq.

Law Office of Steven Cohn, P.C.

One Old Country Road, Suite 420

Carle Place, New York 11514

(516) 294-6410 Ext. 21

mfeinman@scohnlaw.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Friday, May 31, 2024 2:43:51 PM
**To:** Matthew Feinman <mfeinman@scohnlaw.com>; Matin Emouna <memouna@emiklaw.com>
**Cc:** Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>; Michael Mule <MichaelMule@mllaborlaw.com>
**Subject:** RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Matt, Can you and Matin propose an amended briefing schedule? Thanks.

**From:** Matthew Feinman <mfeinman@scohnlaw.com>
**Sent:** Friday, May 31, 2024 1:53 PM
**To:** Michael Mule <MichaelMule@mllaborlaw.com>; Matin Emouna <memouna@emiklaw.com>
**Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
**Subject:** Re: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Hi Mike,

We'd consent to the adjournment but it then pushes our time to reply into vacations on our end and then the Fourth of July weekend, and the week after the Fourth is full. If you're ok with pushing our time out to reply to beyond that second week of July then we're agreeable to the extension.

Thanks,

Matt

Matthew Feinman, Esq.

Law Office of Steven Cohn, P.C.

One Old Country Road, Suite 420

Carle Place, New York 11514

(516) 294-6410 Ext. 21

mfeinman@scohnlaw.com

---

**From:** Michael Mule <MichaelMule@mllaborlaw.com>
**Sent:** Thursday, May 30, 2024 6:00:50 PM
**To:** Matthew Feinman <mfeinman@scohnlaw.com>; Matin Emouna <memouna@emiklaw.com>
**Cc:** Michael Mule <MichaelMule@mllaborlaw.com>; Netanel Newberger <netanel@mmmlaborlaw.com>; Kyle Monaghan <Kyle@mllaborlaw.com>
**Subject:** FW: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

Matt and Matin,

We write to request your consent to a one-week extension to serve opposition to the motion to dismiss due to intervening vacation and other commitments (see order below). We would, of course, consent to a corresponding extension on the reply. Please advise if you consent. Thanks.

Sincerely,

Michael C. Mulè, Esq.

Partner

Milman Labuda Law Group, PLLC

3000 Marcus Avenue, Ste. 3W8

Lake Success, NY 11042

michaelmule@mllaborlaw.com

516 303-1442 office

516 328-0082  fax

Note:  The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Friday, April 12, 2024 1:42 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 4/12/2024 at 1:41 PM EDT and filed on 4/12/2024

6/6/24, 12:25 PM　　　RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre-Motion Conference - Matthew Feinman - ...

Case 2:23-cv-09249-OEM-ST   Document 34-1   Filed 06/06/24   Page 7 of 8 PageID #: 331

**Case Name:**　　AutoExpo Ent. Inc. et al v. Elyahou et al

**Case Number:**　　2:23-cv-09249-OEM-ST

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Orelia E. Merchant: Pre-Motion Conference held on April 12, 2024. Michael Mule appeared on behalf of Plaintiffs. Matin Emouna appeared on behalf of defendants, Omid Elyahou and SimpSocial LLC; Matthew Feinman appeared on behalf of defendants, Fifty Seven Consulting Corp., Avi Eitan and Fazeeda Kassim. Case called. Conference held. The Court set the following briefing schedule with regards to Defendants' Motion to Dismiss: Defendants' papers are to be served on or before May 13, 2024; Plaintiffs' opposition papers are to be served on or before June 10, 2024; Defendants' reply, if any, and the entire bundled motion is to be filed on or before June 24, 2024. The parties were instructed to review the Courts Individual Practice Rules ("IPR") with regards to the filing of motions. See IPR Section III, Part (c). (Court Reporter Rivka Teich.) (TPL)**

**2:23-cv-09249-OEM-ST Notice has been electronically mailed to:**

Steven Cohn     scohn@scohnlaw.com, MGoldklang@SCohnlaw.com, PChatzinoff@Scohnlaw.com, kward@scohnlaw.com, mfernandez@scohnlaw.com

Michael Charles Mule     michaelmule@mllaborlaw.com

Matin Emouna     memouna@emiklaw.com

Netanel Newberger     netanelnewberger@mllaborlaw.com, netanel@mmmlaborlaw.com, netanelnewberger@mmmlaborlaw.com

Matthew Thomas Feinman     matthew.feinman@rivkin.com, mfeinman@scohnlaw.com

Emanuel Kataev     emanuel@sagelegal.nyc, 4119461420@filings.docketbird.com, ekesq2014@recap.email

Kyle Francis Oakes Monaghan     kyle@mllaborlaw.com

**2:23-cv-09249-OEM-ST Notice will not be electronically mailed to:**

6/6/24, 12:25 PM
RE: Activity in Case 2:23-cv-09249-OEM-ST AutoExpo Ent. Inc. et al v. Elyahou et al Pre Motion Conference - Matthew Feinman - …

Case 2:23-cv-09249-OEM-ST   Document 34-1   Filed 06/06/24   Page 8 of 8 PageID #: 332