# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 17, 2024

<u>**VIA EMAIL**</u>
Steven Cohn, P.C.
<u>Attn</u>: Matthew T. Feinman, Esq.
One Old Country Road – Suite 420
Carle Place, New York 11514
mfeinman@scohnlaw.com

Emouna & Mikhail, PC
<u>Attn</u>: Matin Emouna, Esq.
100 Garden City Plaza, Suite 520
Garden City, New York 11501
memouna@emiklaw.com

   **Re:**  **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
     <u>**Case No.: 2:23-cv-09249 (OEM) (ST)**</u>

Dear Counselors:

  As you know, we represent Plaintiffs AutoExpo Ent. Inc. ("AutoExpo"), Peace Properties LLC ("Peace Properties"), Network Reinsurance Company Inc. ("Network Reinsurance"), Auto Exchange Center, LLC ("AEC") and Chrome Insurance Agency LLC ("Chrome Insurance") (collectively, "Plaintiffs") in the above-action. Pursuant to Judge Merchant's Individual Part Rules, Plaintiffs enclose Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss by Defendants Omid Elyahou, SimpSocial LLC, Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim. Once the motions are fully briefed, Plaintiffs will electronically file their memorandum of law in opposition.

           Very truly yours,
           **MILMAN LABUDA LAW GROUP PLLC**
           *Michael C. Mulè*
           Michael C. Mulè

Encl.