CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:98-cr-00821-DGT-1

| | |
|---|---|
| Case title: USA v. Baratian | Date Filed: 08/20/1998 |
| Other court case number: 1:98-cr-00084 Related | Date Terminated: 03/25/1999 |

Assigned to: Judge David G. Trager

**Defendant (1)**

**Ramin Baratian**　　　　　　　　　　　　represented by **Morris Mirsky**
*TERMINATED: 03/25/1999*　　　　　　　　　　　　161-10 Jamaica Avenue
*also known as*　　　　　　　　　　　　　　　　　Jamaica, NY 11432
Robert Barat　　　　　　　　　　　　　　　　　 (718) 739-7522
　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 03/25/1999*
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 15:1; Title 18 U.S.C., Section 3551 et seq. - SHERMAN ACT CONSPIRACY.<br>(1) | The deft. is to be imprisoned for a term of 30 kdays on count 1 and count 2 to run concurrent. The deft. shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 4/19/99. Supervised release for a term of 1 yea r. Special assessment of $150.00 for counts 1 & 2. |
| 26:7206 (1); Title 18, U.S.C., Section 3551 et seq. - SUBSCRIPTION OF A FALSE TAX RETURN.<br>(2) | The deft. is to be imprisoned for a term of 30 kdays on count 1 and count 2 to run concurrent. The deft. shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 4/19/99. Supervised release for a term of 1 yea r. Special assessment of $150.00 for counts 1 & 2. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                                                 **Disposition**

None

---

**Plaintiff**

USA                                                         represented by   **Tanya Yvette Hill**
                                                                              United States Attorneys Office
                                                                              Eastern District of New York
                                                                              Criminal Division
                                                                              271 Cadman Plaza East
                                                                              Brooklyn, NY 11201-1820
                                                                              718-254-6144
                                                                              Fax: 718-254-7499
                                                                              Email: Tanya.Hill@usdoj.gov
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/20/1998 | 1 | Notice of intent to proceed under FRCrP 7(b) as to Ramin Baratian. (Greene, Donna) (Ramos, Shirley). (Entered: 08/21/1998) |
| 08/20/1998 |   | Magistrate Gold has been selected by random selection to handle any matters that may be referred in this case. (Greene, Donna) (Entered: 08/21/1998) |
| 09/23/1998 | 2 | WAIVER OF INDICTMENT by Ramin Baratian. (Greene, Donna) (Entered: 09/24/1998) |
| 09/23/1998 | 3 | FELONY INFORMATION as to Ramin Baratian (1) count(s) 1, 2. (Greene, Donna) (Entered: 09/24/1998) |
| 09/23/1998 | 4 | ROR BOND entered by Ramin Baratian. ( Signed by Magistrate Steven M. Gold , dated 9/23/98). (Greene, Donna) (Entered: 09/24/1998) |
| 09/23/1998 | 5 | CALENDAR ENTRY as to Ramin Baratian ; Case called before Magistrate Steven M. Gold on date of 9/23/98 for Pleading. AUSA Tanya Hill, Jeff Corrigan. Morris Mirsky counsel for deft. Court Reporter/ESR Freddie Guerino/Tony Mancuso. Defts. first appeaance. Deft. sworn, informed of rights. Waiver of indictment executed for deft. Information filed. Guilty: Ramin Baratian (1) count(s) 1, 2 . Court finds factual basis for the plea. Sentencing not set. Bail set. (Greene, Donna) (Entered: 09/24/1998) |
| 02/16/1999 | 6 | LETTER dated 2/4/99 from Morris Mirsky to Judge Trager, requesting permission for Ramin Baratian to go to Israel for 10 days from 2/10/99 and return on 2/21/99. (Greene, Donna) (Entered: 02/16/1999) |
| 02/16/1999 |   | ENDORSED ORDER on doc. #6 as to Ramin Baratian. Application Granted permitting deft. to travel to Israel from 2/10/99 to 2/21/99. ( Judge David G. Trager , dated 2/9/99). (Greene, Donna) (Entered: 02/16/1999) |
| 03/25/1999 | 7 | CALENDAR ENTRY as to Ramin Baratian ; Case called before Judge David G. Trager on date of 3/25/99 at 3:15 for Sentencing. AUSA Tanya Hill, and Morris Mirsky counsel for deft. Court Reporter/ESR P. Lombardi. 30 days impr. 1 yr. S/R. Deft. sentenced on cunts 1 & 2. Fine $20,000 pd in 60 days. Special assessment $150.00. 200 hrs. community service. Is sentence stayed? Yes. Stayed until 4/19/99. (Greene, Donna) (Entered: 04/08/1999) |

| 03/25/1999 | | Sentencing held Ramin Baratian (1) count(s) 1, 2. (Greene, Donna) (Entered: 04/08/1999) |
|---|---|---|
| 03/25/1999 | 8 | JUDGMENT Ramin Baratian (1) count(s) 1, 2 . The deft. is to be imprisoned for a term of 30 kdays on count 1 and count 2 to run concurrent. The deft. shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 4/19/99. Supervised release for a term of 1 year. The deft. shall comply with the following additional conditions: 200 hours of community service. $20,000 fine to be paid in 60 days. The deft. shall not possess a firearm or destructive device. Special assessment of $150.00 for counts 1 & 2. ( Signed by Judge David G. Trager , Dated 3/25/99). c/m (Greene, Donna) Modified on 04/08/1999 (Matthews, Tafarii). (Entered: 04/08/1999) |
| 06/21/1999 | 9 | Judgment Returned Executed as to Ramin Baratian ; on 6/1/99; Defendant delivered to LSCI. (Greene, Donna) (Entered: 06/21/1999) |
| 08/11/1999 | 10 | ORDER dated 8/9/99 that defts Ramin Baratian (98CR821) & Kamron Shahkoki (98CR802) conditions of supervision modified: that defts allowed to associate with each other socially & in their business transactions. CM (Signed by Judge David G. Trager on letter dated 7/30/99 from Morris Mirsky). (Greves, Liz) (Entered: 08/11/1999) |
| 10/08/1999 | 11 | SATISFACTION OF JUDGMENT. (Greene, Donna) (Entered: 10/12/1999) |
| 02/09/2000 | 12 | LETTER dated 2/8/00 from Morris Mirsky to Judge Trager, requesting that dft be permitted to travel to Israel and return between the dates of 4/16/00 and 5/6/00. (Piper, Francine) (Entered: 02/09/2000) |
| 02/09/2000 | | ENDORSED ORDER as to Ramin Baratian, Dft granted permission to travel to Israel and return between the dates of 4/16/00 and 5/6/00. ( Signed by Judge David G. Trager , on 2/8/00) c/m (endorsed on letter, document #12) (Piper, Francine) (Entered: 02/09/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/17/2023 13:18:23 | | | |
| **PACER Login:** | Matin123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:98-cr-00821-DGT |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |