CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:98-cr-00802-DGT-1

| | |
|---|---|
| Case title: USA v. Shahkohi | Date Filed: 08/20/1998 |
| Other court case number: 1:98-cr-00084 Related | Date Terminated: 03/25/1999 |

Assigned to: Judge David G. Trager

**Defendant (1)**

| | | |
|---|---|---|
| Kevin Shahkohi<br>TERMINATED: 04/13/1999<br>also known as<br>Kamran Shahkohi | represented by | Morris Mirsky<br>161-10 Jamaica Avenue<br>Jamaica, NY 11432<br>(718) 739-7522<br>TERMINATED: 04/13/1999<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: Retained |

| Pending Counts | Disposition |
|---|---|
| 15:1; 18:3551 et seq.- engaged in a combination and conspiracy that illegally restrained interstate trade and commerce in violation of Section 1 of the Sherman Act.<br>(1) | Defendant is sentenced to 2 years probation; 4 months home confinement; 200 hours community service; $20,000 fine; $150.00 special assessment fee on Counts 1 and 2. |
| 26:7201; 18:3551 et seq.- Tax Evasion.<br>(2) | Defendant is sentenced to 2 years probation; 4 months home confinement; 200 hours community service; $20,000 fine; $150.00 special assessment fee on Counts 1 and 2. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Tanya Yvette Hill**<br>United States Attorneys Office<br>Eastern District of New York<br>Criminal Division<br>271 Cadman Plaza East<br>Brooklyn, NY 11201-1820<br>718-254-6144<br>Fax: 718-254-7499<br>Email: Tanya.Hill@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/1998 | | Magistrate Gold has been selected by random selection to handle any matters that may be referred in this case. (Piper, Francine) (Entered: 08/21/1998) |
| 08/20/1998 | 1 | Notice of intent to proceed under FRCrP 7(b) as to Kevin Shahkohi (Piper, Francine) (Ramos, Shirley). (Entered: 08/21/1998) |
| 09/18/1998 | 6 | CALENDAR ENTRY as to Kevin Shahkohi; Case called before Magistrate Steven M. Gold on date of 9/18/98 for Curcio Hearing. AUSA Tanya Hill and Jeff Currigan. Moris Mirsky for the defendant. Court Reporter/Gene Rudolph. Set guilty plea for 9/23/98 at 11:15. (Guzzi, Roseann) (Entered: 10/09/1998) |
| 09/23/1998 | 2 | WAIVER OF INDICTMENT by Kevin Shahkohi. (Guzzi, Roseann) (Entered: 09/25/1998) |
| 09/23/1998 | 3 | FELONY INFORMATION as to Kevin Shahkohi (1) count(s) 1, 2. (Guzzi, Roseann) (Entered: 09/25/1998) |
| 09/23/1998 | 4 | ROR BOND entered by Kevin Shahkohi. ( Signed by Magistrate Steven M. Gold, dated 9/23/98) (Guzzi, Roseann) (Entered: 09/25/1998) |
| 09/23/1998 | 5 | CALENDAR ENTRY as to Kevin Shahkohi; Case called before Magistrate Steven M. Gold on date of 9/23/98 for pleading. AUSA Tanya Hill, Jeff Colligan. Morris Mirsky for the defendant. Court Reporter/Fred Guerino. Defendant pleads Guilty: Kevin Shahkohi (1) count(s) 1, 2 of the information. Waiver of indictment executed. Sentencing date not set at this time. Bail set. (Guzzi, Roseann) (Entered: 09/25/1998) |
| 09/23/1998 | | District Court Arraignment held on 9/23/98 before Magistrate Gold as to Kevin Shahkohi (1) count(s) 1, 2. (Guzzi, Roseann) (Entered: 09/25/1998) |
| 03/25/1999 | 7 | CALENDAR ENTRY as to Kevin Shahkohi; Case called before Judge David G. Trager on date of 3/25/99 for sentencing. AUSA Tanya Hill. Morris Mirsky for the defendant. Court Reporter/P. Lombardi. Defendant is sentenced on Counts 1 and 2 and receives 2 years probation; 4 months home confinement. Fine in the amount of $20,000 to be paid in 60 days. Special assessment of $150.00. 200 hours Community Service. (Guzzi, Roseann) (Entered: 04/13/1999) |
| 03/25/1999 | | Sentencing held Kevin Shahkohi (1) count(s) 1, 2. (Guzzi, Roseann) (Entered: 04/13/1999) |
| 04/13/1999 | 8 | JUDGMENT dated 3/25/99 Kevin Shahkohi (1) count(s) 1, 2. Defendant is sentenced to 2 years probation; 4 months home confinement with permission to work, attend religious services and medical. No electronic monitor. 200 hours community service; $20,000 fine payable in 60 days; $150.00 special assessment fee on Counts 1 and 2. ( Signed by Judge |

| | | |
|---|---|---|
| | | David Trager, Dated 3/25/99) party Kevin Shahkohi terminated. (Guzzi, Roseann) (Priftakis, Tina). (Additional attachment(s) added on 6/25/2012: # <u>1</u> Main Document) (Priftakis, Tina). (Entered: 04/13/1999) |
| 06/08/1999 | 9 | Satisfaction of Fine Judgment dated 6/7/99 as to Kevin Shahkohi. (Greves, Liz) (Entered: 06/08/1999) |
| 08/11/1999 | | ORDER dated 8/9/99 that Ramin Baratian (98CR821) & Kamron Shahkoki (98CR802) condiions of supervision modified: that defts allowed to associate with each other socially & in their business transactions. (filed in 98CR821, document #10). CM (Signed by Judge David G. Trager). (Greves, Liz) (Entered: 08/11/1999) |
| 06/09/2000 | 10 | LETTER dated 5/18/00 from Morris Mirsky to Judge Trager to modify part of the judgment placing Karmran Shankohi on probation for a term of 1 year. (Guzzi, Roseann) (Entered: 06/09/2000) |
| 06/09/2000 | | ENDORSED ORDER on document #10 dated 6/2/00 granting the reduction of probationary period to 1 year as to Kevin Shahkohi. ( Signed by Judge David G. Trager, on 6/2/00) (Guzzi, Roseann) (Entered: 06/09/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/28/2023 09:14:54 | | | |
| **PACER Login:** | Matin123 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:98-cr-00802-DGT |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |