**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 8, 2024 |
| TIME: | 11:00 A.M. |
| DOCKET NUMBER(S): | CV-23-9249 (OEM) |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al. v. Elyahou et al. |
| FOR PLAINTIFF(S): | Mule |
| FOR DEFENDANT(S): | Feinman, Cohn |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

RULINGS FROM  Motion Hearing                         :

Defendants shall file their response in opposition to Plaintiff's Letter Motion to Amend the Complaint [42] by October 15, 2024.  Plaintiffs shall file a reply by October 22, 2024.