**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 25, 2024 |
| TIME: | 12:30 P.M. |
| DOCKET NUMBER(S): | CV-23-9249 (OEM) |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al. v. Elyahou et al. |
| FOR PLAINTIFF(S): | Monaghan, Mule |
| FOR DEFENDANT(S): | Emouna, Feinman |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (12:30 - 12:45) |

RULINGS FROM Motion Hearing:

Plaintiffs' Letter Motion to Amend the Complaint [42] is granted.  Plaintiffs shall file the Amended Complaint by November 1, 2024.  Defendants' Motions to Dismiss the original complaint [30][38][39] are denied as moot.  However, Defendants do not need to refile the motions and may simply refer back to the docket entries of prior filings if they intend to move to dismiss the Amended Complaint on the same grounds.  Defendants may file a supplemental motion to dismiss the Amended Complaint adding any new arguments generated by the amendments.  The briefing schedule for this supplemental motion shall be as follows:  Defendants shall serve their motion on Plaintiffs by December 6, 2024; Plaintiffs shall serve their response on Defendants by December 27, 2024; Defendants shall serve their reply and file the fully-briefed motion on ECF by January 13, 2025.  Discovery remains stayed pending a decision on the upcoming motion to dismiss.