# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 21, 2024

**VIA ECF**
Honorable Orelia E. Merchant, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
             **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Merchant:

      I write to inform the Court that I will be leaving the law firm Milman Labuda Law Group PLLC, counsel for Plaintiffs. Accordingly, pursuant to Local Rule 1.4, I respectfully request the entry of an order terminating my appearance in this matter. Other attorneys from the firm will continue to handle this case.

      Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        *Netanel Newberger*
                                        Netanel Newberger

cc: Counsel of Record