

Matin Emouna
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

December 6, 2024

Honorable Steven L. Tiscione
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.*,
                Case No.: 23-cv-9249

Dear Magistrate Tiscione:

Hope this correspondence finds you well. As you are aware this firm represents, Omid Elyahou, and Simpsocial LLC, in the aforementioned matter.

Pursuant to your Honor's Order dated October 25, 2024, (Docket Number 47)

> Plaintiffs shall file the Amended Complaint by November 1, 2024. Defendants' Motions to Dismiss the original complaint [30][38][39] are denied as moot. However, Defendants do not need to refile the motions and may simply refer back to the docket entries of prior filings if they intend to move to dismiss the Amended Complaint on the same grounds. Defendants may file a supplemental motion to dismiss the Amended Complaint adding any new arguments generated by the amendments. The briefing schedule for this supplemental motion shall be as follows: Defendants shall serve their motion on Plaintiffs by December 6, 2024; Plaintiffs shall serve their response on Defendants by December 27, 2024; Defendants shall serve their reply and file the fully-briefed motion on ECF by January 13, 2025. Discovery remains stayed pending a decision on the upcoming motion to dismiss. (Cisco (12:30 - 12:45).) (LV)

Accordingly, I hereby certify that on December 5, 2024, I electronically mailed the Notice of Motion to Dismiss along with the Memorandum of Law to plaintiffs' counsel.

Thank you for your anticipated courtesy and cooperation.

Very truly yours,

/s/ *Matin Emouna*
MATIN EMOUNA