# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 24, 2025

<u>**VIA EMAIL**</u>
Steven Cohn, P.C.
<u>Attn</u>: Matthew T. Feinman, Esq.
One Old Country Road – Suite 420
Carle Place, New York 11514
mfeinman@scohnlaw.com

Emouna & Mikhail, PC
<u>Attn</u>: Matin Emouna, Esq.
100 Garden City Plaza, Suite 520
Garden City, New York 11501
memouna@emiklaw.com

      Re:   <u>**AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**</u>
            <u>**Case No.: 2:23-cv-09249 (OEM) (ST)**</u>

Dear Counselors:

     As you know, we represent Plaintiffs AutoExpo Ent. Inc. ("AutoExpo"), Peace Properties LLC ("Peace Properties"), Network Reinsurance Company Inc. ("Network Reinsurance"), Auto Exchange Center, LLC ("AEC") and Chrome Insurance Agency LLC ("Chrome Insurance") (collectively, "Plaintiffs") in the above-action. Pursuant to Judge Tiscione's Individual Part Rules, Plaintiffs enclose (i) Plaintiffs' Opposition to the Certified Defendants' Motion to Dismiss the Amended Complaint; (ii) Plaintiffs' Opposition to the Elyahou Defendants' Motion to Dismiss the Amended Complaint; and (iii) Declaration of Michael Shahkoohi with Exhibits 1 and 2. Pursuant to the Text Only Order, dated October 29, 2024, Defendants should electronically file the respective memorandum of law in opposition and declaration once the motions are fully briefed.

                                                                   Very truly yours,
                                                                   **MILMAN LABUDA LAW GROUP PLLC**
                                                                   *Michael C. Mulè*
                                                                   Michael C. Mulè

Encl.