UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC,
NETWORK REINSURANCE COMPANY INC.,
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

                    Plaintiffs,

   v.

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP
a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN
and FAZEEDA KASSIM,

                    Defendants.
------------------------------------------------------------------------X

Civil Action File No:
Case No.:2:23-cv-9249

**NOTICE OF**
**APPEARANCE**

COUNSELORS:

      PLEASE TAKE NOTICE, Alan S. Zigman, Esq. of Dantzig & Zigman, P.C., hereby appears in the above-captioned case on behalf of Defendants FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN and FAZEEDA KASSIM and demands that all further pleadings, correspondence and/or documents alike be served upon him at the address and e-mail address listed below.

Dated: Carle Place, New York
         May 23, 2025

DANTZIG & ZIGMAN, P.C.

By: */s/ Alan S. Zigman*
      Alan S. Zigman, Esq.
Attorneys for Defendants
FIFTY SEVEN CONSULTING CORP.
 d/b/a CERTIFIED AUTO GROUP
 a/k/a CERTIFIED PERFORMANCE MOTORS,
AVI ETAN and FAZEEDA KASSIM
One Old Country Road, Suite 420
Carle Place, New York 11514
Ph: (516) 294-6410
Fax: (516) 294-0094
azigman@dantziglaw.com

TO:    All Counsel via ECF