UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC,          Civil Action File No:
NETWORK REINSURANCE COMPANY INC.,             Case No.:2:23-cv-9249
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

                             Plaintiffs,

        v.

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP
a/k/a CERTIFIED PERFORMANCE MOTORS, AVI ETAN
and FAZEEDA KASSIM,

                             Defendants.
------------------------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

      PLEASE TAKE NOTICE that the law firm Law Offices of Steven Cohn, P.C. has changed its firm name to Dantzig & Zigman, P.C., effectively immediately. The remainder of the address is unchanged. As a result, the name and address of the firm is now:

Dantzig & Zigman, P.C.
One Old Country Road, Suite 420
Carle Place, New York 11514
Telephone: (516) 294-6410
Facsimile: (516) 294-0094

      Please update your records to reflect this change.

Dated: Carle Place, New York
       May 23, 2025                Respectfully submitted,

                              DANTZIG & ZIGMAN, P.C.
                              By: */s/ Alan S. Zigman*
                              Attorneys for Defendants
                              FIFTY SEVEN CONSULTING CORP.
                               d/b/a CERTIFIED AUTO GROUP
                               a/k/a CERTIFIED PERFORMANCE MOTORS,
                              AVI ETAN and FAZEEDA KASSIM
                              One Old Country Road, Suite 420
                              Carle Place, New York 11514
                              Ph: (516) 294-6410
                              azigman@dantziglaw.com