# Dantzig & Zigman, P.C.
### COUNSELLORS AT LAW
## One Old Country Road
## Carle Place, New York 11514
## Suite 420

SUSAN E. DANTZIG
MITCHELL R. GOLDKLANG
ALAN S. ZIGMAN
PETER R. CHATZINOFF
MATTHEW T. FEINMAN
DARON S. YEMINI

Tel: (516) 294-6410
Fax: (516) 294-0094

Writer's Ext. 19

May 23, 2025

**VIA ECF**
Hon. Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 910
Central Islip, New York 11722

      Re:    *AutoExpo Ent. Inc., et al. v. Omid Elyahou, et al.*
              Case No.: 23-cv-09249-OEM-ST

Dear Judge Tiscione:

      We represent defendants Fifty Seven Consulting Corp., Avi Eitan, and Fazeeda Kassim in the above referenced action.

      We write pursuant to Local Civil Rules 1.4(b) and 7.1(e) to move for an order of the Court allowing Steven Cohn to withdraw as one of the attorneys of record to Fifty Seven Consulting Corp. and Messrs. Eitan and Kassim. On March 28, 2025, the name of our firm changed from Law Office of Steven Cohn, P.C. to Dantzig & Zigman, P.C.; earlier today we filed a notice of change of firm name. *See* ECF #62. As of May 15, 2025, Mr. Cohn is no longer with our firm or practicing law.

      As to the posture of this case, our client and co-defendants Omid Elyahou and SimpSocial LLC filed motions, pursuant to FRCP 12(b)(1) and (b)(6), to dismiss plaintiffs' amended complaint. *See* ECF ##56, 58. Also, this Court granted defendants' motions to stay discovery pending a decision on their dismissal motions. *See* ECF #29.

      Our firm will continue its representation of Fifty Seven Consulting Corp. and Messrs. Eitan and Kassim in this matter.

Hon. Steven L. Tiscione
May 23, 2025
Page 2

      We thank the Court for its time and consideration. If Your Honor should have any questions or require additional information, please do not hesitate to contact the undersigned.

                                                Respectfully submitted,

                                                DANTZIG & ZIGMAN, P.C.

                                                By: */s/ Alan S. Zigman*
                                                           Alan S. Zigman

cc: All Counsel of Record (via ECF)