UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AUTOEXPO ENT. INC., PEACE PROPERTIES LLC,
NETWORK REINSURANCE COMPANY, INC.,           Case No.: 2:23-cv-9249 (OEM)(ST)
AUTO EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,                        **NOTICE OF APPEARANCE**

                              Plaintiffs,

      -against-

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY
SEVEN CONSULTING CORP. d/b/a CERTIFIED
AUTO GROUP a/k/a CERTIFIED PERFORMANCE
MOTORS, AVI EITAN, and FAZEEDA KASSIM,

                              Defendants.
-------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Colleen O'Neil, Esq. hereby appears as counsel for Plaintiffs in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       June 21, 2025                      Respectfully submitted,

                                         **MILMAN LABUDA LAW GROUP PLLC**

                                         */s/ Colleen O'Neil*
                                         Colleen O'Neil, Esq.
                                         3000 Marcus Avenue, Suite 3W8
                                         Lake Success, NY 11042-1073
                                         (516) 328-8899 (office)
                                         (516) 303-1395 (direct dial)
                                         (516) 328-0082 (facsimile)
                                         colleen@mllaborlaw.com

                                         *Attorneys for Plaintiffs*
                                         *AutoExpo Ent. Inc.,*
                                         *Peace Properties LLC,*
                                         *Network Reinsurance Company Inc.*
                                         *Auto Exchange Center, LLC, and*
                                         *Chrome Insurance Agency LLC*