

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

### REQUEST FOR ADJOURNMENT OF CONFERENCE ON CONSENT

September 19, 2025

HONORABLE STEVEN L. TISCIONE
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

         Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.,*
         Case No.: 23-cv-9249

Dear Magistrate Tiscione:

  As you are aware this firm represents, Omid Elyahou, and Simpsocial LLC, Milman Labuda Law Group PLLC, represents AutoExpo Ent. Inc. ("AutoExpo") and the other plaintiffs (collectively, "Plaintiffs") and Mathew Feinman, Esq., represents Defendants Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim (collectively the "Certified Defendants") in the above-action.

  Defendant Omid Elyahou, and Simpsocial LLC write to respectfully request a short adjournment of the conference presently scheduled for Tuesday, September 23, 2025, as it conflicts with the Jewish holiday of Rosh Hashanah.

  Prior to making this request, I reached out and conferred with respective counsels of record. Respective counsels were all gracious enough to Consent to an adjournment so that it does not conflict with the Jewish Holidays. Respective Counsel have also scheduled a meet a confer on Thursday September 25, 2025.

  Accordingly, it is respectfully requested that this matter be adjourned to September 26, 2025, September 29, 2025 or September 30, 2025 or another date convenient for Honorable Court so long as it is not in conflict with the Jewish holidays.

  The Court's time and attention to this matter are greatly appreciated. I sincerely apologize for any, and all inconveniences caused by this request.

                 Respectfully submitted,

                 *Matin Emouna*

                 MATIN EMOUNA

TO: ALL COUNSEL OF RECORD
   VIA ECF