UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| AUTOEXPO ENT INC., PEACE PROPERTIES, LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI EITAN and FAZEEDA KASSIM,<br><br>Defendants. | Hon. Orelia E. Merchant<br>M. J. Steven L. Tiscione<br><br>Civil Action No.<br>2:23-cv-9249 |

------------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that Dantzig & Zigman, P.C. (f/k/a the Law Firm of Steven Cohn, P.C.) ("Counsel"), counsel of record for defendants Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim (collectively, the "Certified Defendants"), will move this Court before thr Honorable Orelia E. Merchant, 225 Cadman Plaza East Brooklyn, New York 11201, Courtroom: 6C South, on a date and time to be designated by the Court, for an Order granting Counsel leave to withdraw as attorneys of record for the Certified Defendants and for a thirty-day stay of proceedings, together with such other and further relief as this Court deems just, proper, and equitable.

2

Dated: September 25 2025

                                      Dantzig & Zigman, P.C.

                                      By: */s/* Alan Zigman
                                                 Matthew T. Feinman
                                                 Alan S. Zigman
                                      One Old Country Road, Suite 420
                                      Carle Place, New York 11514
                                      (516) 294-6410
                                      azigman@dantziglaw.com
                                      mfeinman@ dantziglaw.com

TO:    Certified Performance Motors
         Avi Eitan
         Fazeeda Kassim
         400 West Merrick Road
         Valley Stream, New York 11580

         Counsel of Record (*via ECF*)