UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES, LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC,

Plaintiffs,

v.

OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI EITAN and FAZEEDA KASSIM,

Defendants.

Hon. Orelia E. Merchant
M. J. Steven L. Tiscione

Civil Action No.
2:23-cv-9249

**DECLARATION OF ALAN S. ZIGMAN IN SUPPORT OF COUNSELS' MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD**

I, Alan S. Zigman, hereby declare as follows:

1. I am a principal of the Dantzig & Zigman, P.C. (f/k/a Law Office of Steven Cohn, P.C.). I am fully familiar with the facts and circumstances stated below based upon my review of the files maintained by my office.

2. I make this Declaration in support of this joint motion by Alan S. Zigman, Matthew T. Feinman, and Dantzig & Zigman, P.C.'s (collectively, "Counsel"), pursuant to Local Civil Rule 1.4, for leave to withdraw as attorneys of record for Defendants Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim (collectively, the "Defendants").

3. The undersigned, as well as Mr. Feinman, an associate of Dantzig & Zigman, P.C., and the firm hereby seek leave to withdraw from Defendants' representation in this action.

1

4. The basis for our withdrawal is a complete breakdown in communication with Defendants and, by extension, our attorney-client relationship with Defendants.

5. For the last several months, there has been a total lack of communication between the clients and the firm, despite the numerous attempts by the firm to communicate with the Defendants. Neither our emails nor telephone calls have been returned.

6. Considering the early stage procedural posture of this action, it is respectfully submitted that withdrawal of counsel will not prejudice the continued adjudication of the action or the Defendants' defense thereof.

7. My firm is not asserting a charging lien.

8. Notice of this Motion is being served upon Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim by overnight mail at 400 West Merrick Road Valley Stream, New York 11580.

9. E-mail notification was also provided to the e-mail addresses that have been used to communicate with the Defendants.

10. WHEREFORE, it is respectfully requested that the Court grant Counsels' motion for leave to withdraw as counsel to Defendants and a thirty-day stay of proceedings to allow Defendants to engage new counsel, together with such other, further and different relief as may seem just, proper and equitable.

Dated: Carle Place, New York
September 25, 2025

/s/ Alan S. Zigman
Alan S. Zigman