UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOEXPO ENT INC., PEACE PROPERTIES, LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>OMID ELYAHOU, SIMPSOCIAL LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI EITAN and FAZEEDA KASSIM,<br><br>Defendants. | Hon. Orelia E. Merchant<br>M. J. Steven L. Tiscione<br><br>Civil Action No. 2:23-cv-9249 |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS DEFENDANTS' ATTORNEYS OF RECORD AND FOR A THIRTY-DAY STAY OF PROCEEDINGS**

DANTZIG & ZIGMAN, P.C.
Matthew T. Feinman
Alan S. Zigman
One Old Country Road., Suite 420
Carle Place, New York 11514
(516) 294-6410

*Attorneys for Defendants*
FIFTY SEVEN CONSULTING CORP.
d/b/a CERTIFIED AUTO GROUP a/k/a
CERTIFIED PERFORMANCE MOTORS,
AVI EITAN and FAZEEDA KASSIM

1

Pursuant to Local Civil Rule 1.4, Dantzig & Zigman, P.C. (f/k/a Law Office of Steven Cohn, P.C.) ("Counsel"), counsel of record for Defendants Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim (collectively, the "Defendants"), respectfully submits this memorandum of law in support of its motion for an Order granting Counsel leave to withdraw as attorneys of record for the Defendants and for a thirty-day stay of proceedings, together with such other and further relief as this Court deems just, proper, and equitable.

## ARGUMENT

As set forth in the Declaration of Alan S. Zigman, Esq., dated September 25, 2025 ("Zigman Decl."), Counsel seeks leave to withdraw as counsel of record for Defendants based on a breakdown in the attorney-client relationship and the non-payment of legal fees owed. Local Civil Rule 1.4 ("Rule 1.4") of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, provides:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

Under Rule 1.4, "lack of cooperation by a client with its counsel, including lack of communication, is a sufficient reason for allowing withdrawal." *Hallmark Capital Corp. v Red Rose Collection*, 1997 US Dist LEXIS 16328, at *5 (SDNY Oct. 21, 1997, 96 Civ. 2839 (RPP)(AJP)]). As set forth in the Zigman Decl., there has been a breakdown in the attorney-client relationship. Considering the procedural posture of the action, adjudication of the action will not be prejudiced

2

by the withdrawal of counsel. Furthermore, Counsel is not asserting a charging lien. Accordingly, it is respectfully submitted that there are satisfactory reasons for Counsel to be permitted to withdraw, and thirty-day stay of proceedings is requested together with leave to withdraw to allow the Defendants time to secure new representation.

## CONCLUSION

For all of the foregoing reasons, it is respectfully requested that Dantzig & Zigman, P.C.'s, motion be granted leave to withdraw as counsel, together with Defendants being provided with a thirty-day stay of proceedings, and that the Court order such other, further and different relief as may seem just, proper and equitable.

Dated: Carle Place, New York
September 25, 2025

Respectfully submitted,

_/s/Alan Zigman_____
DANTZIG & ZIGMAN, P.C.
Matthew T. Feinman
Alan S. Zigman
One Old Country Road., Suite 420
Carle Place, New York 11514
(516) 294-6410

*Attorneys for Defendants*
FIFTY SEVEN CONSULTING CORP.
d/b/a CERTIFIED AUTO GROUP a/k/a
CERTIFIED PERFORMANCE MOTORS,
AVI EITAN and FAZEEDA KASSIM