**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

<u>**VIA ECF**</u>                                                                September 25, 2025
Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        **Re: AutoExpo Ent. Inc. et al v. Elyahou et al, 2:2023-cv-09249-OEM-ST**

Dear Judge Tiscione:

        We represent Plaintiffs in the above-action. This lawsuit was commenced on December 18, 2023, almost two years ago. We write in advance of the Court's teleconference tomorrow and in light of the motion filed today by counsel for Defendants Fifty Seven Consulting LLC d/b/a Certified Performance Motors ("Certified Performance"), Avi Eitan ("Eitan"), and Fazeeda Kassim ("Kassim," collectively, the "Certified Defendants") to withdraw as counsel.

        First, we have major concerns that the motion to withdraw is a tactical motion designed to delay discovery. The timing of this motion is suspicious as it is made two weeks after the Court's decision on the motion to dismiss and one day before this Court's teleconference, even though counsel for the Certified Defendants makes the conclusory declaration that "[f]or the last several months, there has been a <u>total</u> lack of communication with Defendants" (Dkt. 68-1, ¶5). We would ask the Court to inquire of the Certified Defendants' counsel as to their efforts to communicate with their clients, including a timeline and number of such communications.

        Second, as to scheduling and moving this case forward, we request, in any event, that discovery as to Defendants Omid Elyahou ("Elyahou"), Simpsocial LLC ("SimpSocial"), United Citizens Warranty LLC ("United Citizens," collectively, the "Elyahou Defendants") not be stayed, but proceed.

        Third, we request that third-party discovery be allowed to proceed as soon as possible, and that this Court set up another conference in 30 days as a control date.

        We look forward to discussing these issues, and related issues, tomorrow. We thank the Court for its attention to this matter.

                                                      Respectfully submitted,
                                                    **MILMAN LABUDA LAW GROUP PLLC**
                                                    */ s / Michael C. Mulè*
                                                      Michael C. Mulè

cc:       All counsel (via ECF)