**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | September 26, 2025 |
| TIME: | 11:30 A.M. |
| DOCKET NUMBER(S): | CV-23-9249 (OEM) |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al. v. Elyahou et al. |
| FOR PLAINTIFF(S): | Mule, Devita |
| FOR DEFENDANT(S): | Emouna, Feinman |
| NEXT CONFERENCE(S): | Motion Hearing - October 15, 2025 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (11:30 - 11:45) |
| RULINGS FROM Telephone Conference : | |

Defense counsel reports that Defendants Fifty Seven Consulting Corp., Avi Eitan and Fazeeda Kassim have not been responsive for at least three months, prompting the motion to withdraw.

These Defendants are ordered to appear, along with all counsel, for a hearing on the motion to withdraw [68] on October 15, 2025 at 10:00 a.m. Parties shall connect to the conference through dial-in number 571-353-2301 with ID#179933855. Defense counsel is directed to forward a copy of this Order to his clients via United States Postal Service return receipt delivery, and file proof of DELIVERY - NOT SERVICE - with the Court by October 6, 2025. Defendants are advised that failure to appear could result in sanctions. Prior to the conference, all active parties shall confer and submit a proposed discovery schedule.