# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70151730000096653854

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:42 am on October 1, 2025 in VALLEY STREAM, NY 11580.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered
**Delivered, Left with Individual**
VALLEY STREAM, NY 11580
October 1, 2025, 10:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70151730000096653953

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:42 am on October 1, 2025 in VALLEY STREAM, NY 11580.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
VALLEY STREAM, NY 11580
October 1, 2025, 10:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates        ⌄

USPS Tracking Plus®        ⌄

Product Information        ⌄

See Less ︿

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70151730000096653878

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:51 pm on October 1, 2025 in JAMAICA, NY 11436.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

JAMAICA, NY 11436
October 1, 2025, 12:51 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers





EXHIBIT A

**UNITED STATES POSTAL SERVICE**

EAST MEADOW
446 E MEADOW AVE
EAST MEADOW, NY 11554-3946
www.usps.com

09/29/2025                                       04:47 PM

TRACKING NUMBERS
70151730000096653861
70151730000096653854
70151730000096653878
70151730000096653953

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.78 |

Valley Stream, NY 11580
Weight: 0 lb 0.90 oz
Estimated Delivery Date
   Thu 10/02/2025
Certified Mail®                                  $5.30
   Tracking #:
      70151730000096653861
Return Receipt                                   $4.40
   Tracking #:
      9590 9402 5435 9189 9337 60
Total                                           $10.48

First-Class Mail®     1                          $0.78
Letter
Valley Stream, NY 11580
Weight: 0 lb 0.50 oz
Estimated Delivery Date
   Thu 10/02/2025
Certified Mail®                                  $5.30
   Tracking #:
      70151730000096653854
Return Receipt                                   $4.40
   Tracking #:
      9590 9402 5435 9189 9337 53
Total                                           $10.48

Jamaica, NY 11436
Weight: 0 lb 0.60 oz
Estimated Delivery Date
   Thu 10/02/2025
Certified Mail®                                  $5.30
   Tracking #:
      70151730000096653878
Return Receipt                                   $4.40
   Tracking #:
      9590 9402 5435 9189 9337 46
Total                                           $10.48

First-Class Mail®     1                          $0.78
Letter
Valley Stream, NY 11580
Weight: 0 lb 0.60 oz
Estimated Delivery Date
   Thu 10/02/2025
Certified Mail®                                  $5.30
   Tracking #:
      70151730000096653953
Return Receipt                                   $4.40
   Tracking #:
      9590 9402 5435 9189 9337 39
Total                                           $10.48

Grand Total:                                    $41.92

Debit Card Remit                                $41.92
   Card Name: VISA
   Account #: XXXXXXXXXXXX3815
   Approval #: 054729
   Transaction #: 982
   Receipt #: 033760
   Debit Card Purchase: $41.92
   AID: A0000000980840    Contactless
   AL: US DEBIT

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420

UFN: 352437-0554
Receipt #: 840-51170019-3-7963166-2
Clerk: 2