| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | HON. ORELIA E. MERCHANT<br>M. J. STEVEN L. TISCIONE |

-----------------------------------------------------------------------X

AUTOEXPO ENT INC., PEACE PROPERTIES LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC,

Case No.: 2:23 cv 9249

*Plaintiffs*

**NOTICE OF APPEARANCE AS TO ALL DEFENDANTS**

*against*

OMID ELYAHOU, SIMPSOCIAL LLC, UNITED CITIZENS WARRANTY LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS AVI EITAN, and FAZEEDA KASSIM,

*Defendants.*

-----------------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

You are hereby notified that I, MATIN EMOUNA, of the firm Emouna & Mikhail PC., an attorney duly licensed to practice in the State of New York, and the appear as Counsel for all defendants OMID ELYAHOU, SIMPSOCIAL LLC, UNITED CITIZENS WARRANTY LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS AVI EITAN, and FAZEEDA KASSIM, in the above-entitled action.

It is respectfully requested that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case and any case consolidated herewith, relating to the captioned case, be given to and served upon them. This request encompasses all notices, copies, and pleadings, including without limitation, notices of any orders, motions, complaints, petitions pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, transmitted by mail, delivery, e-mail, facsimile, or otherwise which affect or seek to affect the above-captioned case.

Dated: Garden City, New York
      October 15, 2025

/s/ *Matin Emouna*

MATIN EMOUNA, ESQ.
EMOUNA & MIKHAIL, PC
*Attorneys for Defendants*
100 Garden City Plaza, Suite 520
Garden City, New York 11501
Tel    (516) 877-9111
Fax   (516) 877-9112
Memouna@emiklaw.com