# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 15, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-23-9249 (OEM) |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al. v. Elyahou et al. |
| FOR PLAINTIFF(S): | Mule |
| FOR DEFENDANT(S): | Emouna, Feinman |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Cisco (10:00 - 10:08) |
| RULINGS FROM Motion Hearing: | |

The MOTION to Withdraw as Attorney [68] is granted. Matthew Feinman and Alan Zigman are terminated as attorneys of record. Mr. Emouna will continue representing all Defendants. The MOTION for Discovery [69] is denied as moot. Parties will confer and submit a proposed discovery schedule by October 20, 2025.