**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042
___
TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

October 20, 2025

<u>**VIA ECF**</u>
Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **Re: AutoExpo Ent. Inc. et al v. Elyahou et al, 2:2023-cv-09249-OEM-ST**

Dear Judge Tiscione:

    We represent Plaintiffs in the above-action. On behalf of all parties, we jointly submit the attached proposed discovery schedule in accordance with this Court's October 17, 2025 minute Order.

    We thank the Court for its attention to this matter.

                                                Respectfully submitted,
                                               **MILMAN LABUDA LAW GROUP PLLC**
                                               */ s / Michael C. Mulè*
                                               Michael C. Mulè

Encl.

cc:    All counsel (via ECF)

| DISCOVERY PLAN WORKSHEET  Magistrate Judge Tiscione | |
|---|---|
| Phase I (Pre-Settlement Discovery) | |
| **Deadline for completion of Rule 26(a) initial disclosures and HIPAA-compliant records authorizations:** | Already completed to the extent it has not been completed the parties should provide same within 7 days. |
| **File Proposed Stipulated Protective Order and Agreement on Exchange of Electronic Information** | November 1, 2025 |
| **Completion date for Phase I Discovery as agreed upon by the parties:** *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | December 1, 2025  (This is 47 Calander days from Oct 15, our conf date) |
| **Date for initial settlement conference:** *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | December 15, 2025 |
| Phase II (Discovery and Motion Practice) | |
| **Motion to join new parties or amend the pleadings:** *(Presumptively 15 days post initial settlement conference)* | January 12, 2026 |
| **First requests for production of documents and for interrogatories due by:** *(Presumptively 15 days post joining/amending)*  **Responses to first interrogatories and document demands** | January 12, 2026   February 16, 2026 |
| **All fact discovery completed by:** *(Presumptively 3.5 months post first requests for documents/interrogatories)* | June 6, 2026 |
| **Exchange of expert reports completed by:** *(Presumptively 30 days post fact discovery)* | July 10, 2026 |
| **Expert depositions completed by:** | |

| | |
|---|---|
| *(Presumptively 30 days post expert reports)* | August 15, 2026 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | September 30, 2026 |
| **Final date to take first step in dispositive motion practice:** *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | October 28, 2026 |
| **Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8?** | TBD |