**MILMAN LABUDA LAW GROUP PLLC**

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NY 11042
_____

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

November 3, 2025

**VIA ECF**
Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

       **Re: AutoExpo Ent. Inc. et al v. Elyahou et al, 2:2023-cv-09249-OEM-ST**

Dear Judge Tiscione:

       We represent Plaintiffs in the above-action. We write jointly with Defendants' counsel. Based on the proposed discovery schedule (Dkt. 77), the parties anticipated submitting a Proposed Stipulated Protective Order by November 1, 2025. Plaintiffs provided a draft to opposing counsel, Matin Emouna, Esq., on September 25, 2025 and, early last week, followed up and sent an updated version to account for defendants' assertion of claims and Mr. Emouna's representation of certain defendants who were previously represented by predecessor counsel. Mr. Emouna responded to my emails on October 31, 2025, and I received a wholly new proposed draft that afternoon. Mr. Emouna advised that, last week, he was engaged in a new indictment in *United States v. Ammar Awawdeh*, Criminal Docket No. 25-314 (RER). Accordingly, we have scheduled a meet and confer for this afternoon in an attempt to resolve issues pertaining to the Proposed Stipulated Protective Order without Court intervention.

       We thank the Court for its attention to this matter.

       Respectfully submitted,
       **MILMAN LABUDA LAW GROUP PLLC**
       */s/ Michael C. Mulè*
       Michael C. Mulè

cc:    All counsel (via ECF)