UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AUTOEXPO ENT. INC., PEACE PROPERTIES LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, and CHROME INSURANCE AGENCY LLC,

Plaintiffs/Counterclaim Defendants,

-against-

OMID ELYAHOU, SIMPSOCIAL LLC, UNITED CITIZENS WARRANTY LLC, FIFTY SEVEN CONSULTING CORP. d/b/a CERTIFIED AUTO GROUP a/k/a CERTIFIED PERFORMANCE MOTORS, AVI EITAN, and FAZEEDA KASSIM,

Defendants/Counterclaim Plaintiffs.
-----------------------------------------------------------------------X
OMID ELYAHOU, individually and derivatively on behalf of AUTOEXPO ENT. INC., PEACE PROPERTIES LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, CHROME INSURANCE AGENCY LLC, and PRIME AUTO CAPITAL LLC,

Third-Party Plaintiffs,

-against-

MICHAEL SHAHKOOHI, aka KAMRAN SHAHKOOHI, and RAMIN BARATIAN, aka ROBERT BARATIAN,

Third-Party Defendants,

AUTOEXPO ENT. INC., PEACE PROPERTIES LLC, NETWORK REINSURANCE COMPANY INC., AUTO EXCHANGE CENTER, LLC, CHROME INSURANCE AGENCY LLC, and PRIME AUTO CAPITAL LLC, As

Nominal Third-Party Defendants.
-----------------------------------------------------------------------X

Case No.: 2:23-cv-9249

**STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIMS AND THIRD-PARTY COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Plaintiffs, Counterclaim Defendants and Third-Party Defendants to Answer, move or otherwise respond to the counterclaims and third-party complaint from November 7, 2025, to December 1, 2025.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be signed in counterparts and that an electronic or PDF signature shall be deemed an original.

Dated: November 3, 2025

| MILMAN LABUDA LAW GROUP PLLC | EMOUNA & MIKHAIL, PC |
|---|---|
| *Attorneys for Plaintiffs AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., Auto Exchange Center, LLC, and Chrome Insurance Agency LLC* | *Attorneys for Defendants Omid Elyahou, Simpsocial LLC, Avi Eitan, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors and Fazeeda Kassim* |
| By: /s/ Michael C. Mulè | By: /s/ Matin Emouna |
| 3000 Marcus Avenue, Suite 3W8<br>Lake Success, New York 11042-1073<br>(516) 328-8899<br>Email: michaelmule@mllaborlaw.com | 100 Garden City Plaza, Suite 520<br>Garden City, New York 11501<br>(516) 877-9111<br>Email: memouna@emiklaw.com |