| | |
|---|---|
| UNITED STATES DISTRICT COURT | HON. ORELIA E. MERCHANT |
| EASTERN DISTRICT OF NEW YORK | M. J. STEVEN L. TISCIONE |

------------------------------------------------------------------------X
AUTOEXPO ENT INC., PEACE PROPERTIES LLC,
NETWORK REINSURANCE COMPANY INC., AUTO    Case No.: 2:23 cv 9249
EXCHANGE CENTER, LLC, and CHROME
INSURANCE AGENCY LLC,

*Plaintiffs/Counterclaim Defendants*

against

OMID ELYAHOU, SIMPSOCIAL LLC, UNITED
CITIZENS WARRANTY LLC, FIFTY SEVEN
CONSULTING CORP. d/b/a CERTIFIED AUTO
GROUP a/k/a CERTIFIED PERFORMANCE
MOTORS AVI EITAN, and FAZEEDA KASSIM,

*Defendants/Counterclaim Plaintiffs*

------------------------------------------------------------------------X
OMID ELYAHOU, individually and derivatively on behalf of
AUTOEXPO ENT. INC., PEACE PROPERTIES LLC,
NETWORK REINSURANCE COMPANY INC.,
AUTO EXCHANGE CENTER, LLC, CHROME
INSURANCE AGENCY LLC, and PRIME AUTO CAPITAL LLC,

*Third-Party Plaintiff,*

-against-

MICHAEL SHAHKOOHI, aka KAMRAN SHAHKOOHI
and RAMIN BARATIAN, aka ROBERT BARATIAN,

*Third-Party Defendants*,

AUTOEXPO ENT. INC., PEACE PROPERTIES LLC,
NETWORK REINSURANCE COMPANY INC.,
AUTO EXCHANGE CENTER, LLC, CHROME
INSURANCE AGENCY LLC, and PRIME AUTO CAPITAL LLC,

*As Nominal Third-Party Defendants,*

------------------------------------------------------------------------X

**RULE 23.1 VERIFICATION**

I, **OMID ELYAHOU**, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the Third-Party Plaintiff in the above-captioned action, and I submit this Verification in support of the Third-Party Complaint filed individually and derivatively on behalf of Autoexpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., Auto Exchange Center,

LLC, Chrome Insurance Agency LLC, and Prime Auto Capital LLC (collectively, the "Nominal Third-Party Defendant Companies").

2. I have reviewed the Third-Party Complaint and am familiar with its contents. The allegations set forth therein that relate to matters within my personal knowledge are true and correct to the best of my knowledge. The allegations based upon information and belief are true and correct based upon my review of books and records, communications, internal company documents, and other information available to me.

3. In accordance with Federal Rule of Civil Procedure 23.1, I verify and affirm the following:
    - I was a member, shareholder, officer, or owner of the Nominal Third-Party Defendant Companies at the time of the wrongs alleged, or my ownership thereafter devolved upon me by operation of law.
    - I continue to hold such ownership interests and therefore have standing to maintain this derivative action.
    - This action is not collusive and is not brought at the request, direction, or influence of any defendant for the purpose of improperly creating federal jurisdiction or for any other improper purpose.
    - I am acting in good faith and believe that prosecution of this action is necessary to protect and vindicate the rights and interests of the Nominal Third-Party Defendant Companies.

4. I further state that prior to initiating this derivative action:
    - I considered the feasibility and propriety of making a pre-suit demand on the individuals and entities in control of the Nominal Third-Party Defendant Companies.

- Based on the facts known to me, including the involvement of certain managers, officers, and affiliates in the wrongful conduct alleged, I determined that any such demand would have been futile, as those individuals were directly implicated in or responsible for the misconduct forming the basis of the derivative claims.
- Accordingly, demand is excused as futile under applicable law.

5. I understand that by asserting derivative claims, I am undertaking to fairly and adequately represent the interests of the Companies and their owners or shareholders. I affirm that:
   - My interests are aligned with those of the Companies;
   - I have no conflict of interest with respect to the derivative claims; and
   - I intend to vigorously prosecute these claims for the benefit of the Companies and not for personal advantage beyond the relief sought on behalf of the Companies.

6. I further declare that the Third-Party Complaint is filed in good faith, after reasonable inquiry, and based on factual information obtained from my own observations, my participation in the Companies' affairs, and records, correspondence, and communications maintained in the ordinary course of business.

7. I submit this Verification to comply with Rule 23.1 and to affirm the truth of the derivative allegations asserted on behalf of the Nominal Third-Party Defendant Companies.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 18, 2025
Garden City, New York

Respectfully Submitted,

OMID ELYAHOU