# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 10, 2025

<u>**VIA ECF**</u>
Honorable Orelia E. Merchant, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>**AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**</u>
              <u>**Case No.: 2:23-cv-09249 (OEM) (ST)**</u>

Dear Judge Merchant:

      We represent Plaintiffs AutoExpo Ent. Inc. ("AutoExpo"), Peace Properties LLC ("Peace Properties"), Network Reinsurance Company Inc. ("Network Reinsurance"), Auto Exchange Center, LLC ("AEC") and Chrome Insurance Agency LLC ("Chrome Insurance") (collectively, "Plaintiffs") in the above-captioned action. With the consent of Defendants Omid Elyahou, Simpsocial LLC, United Citizens Warranty LLC, Fifty Seven Consulting Corp. d/b/a Certified Auto Group a/k/a Certified Performance Motors, Avi Eitan, and Fazeeda Kassim (collectively "Defendants"), Plaintiffs respectfully request a brief six-day extension of the current briefing schedule for Plaintiffs' anticipated motion to dismiss and strike Defendants' counterclaims and third-party claims.

      Pursuant to the Court's November 19, 2025 Order, the current deadlines are:

- Plaintiffs' moving papers: December 17, 2025

- Defendants' opposition: January 14, 2026

- Plaintiffs' reply and filing of fully briefed motion: January 28, 2026.

Plaintiffs respectfully request that the schedule be modified as follows:

- Plaintiffs' deadline to serve their moving papers and file a cover letter confirming service on the docket extended from December 17, 2025 to **December 23, 2025**;

- Defendants' deadline to serve their opposition extended from January 14, 2026 to **January 20, 2026**; and

- Plaintiffs' deadline to serve their reply, if any, and file the fully briefed motion on the docket extended from January 28, 2026 to **February 3, 2026**.

December 10, 2025
Page 2

    Good cause exists for this short extension. Due to the recent unexpected departure of a partner from our firm, counsel's workload has increased significantly, leaving insufficient amount of time under the current schedule to prepare Plaintiff's motion to dismiss and strike in a manner that will be most helpful to the Court. The additional six days will allow Plaintiffs to address the issues raised by the counterclaims and third-party complaint more thoroughly and efficiently. The requested modification is limited to this briefing schedule and does not affect the settlement conference presently scheduled for December 22, 2025, or any other deadlines set by the Court.

    This is Plaintiffs' first request for an extension of this briefing schedule, and, as noted above, Defendants consent.

    We thank the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          *Colleen O'Neil*
                                          Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)