# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

---

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 23, 2025

**VIA ECF**
Honorable Orelia E. Merchant, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
              **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Merchant:

    We represent Plaintiffs/Counterclaim-Defendants AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., Auto Exchange Center, LLC, and Chrome Insurance Agency LLC, as well as Third-Party Defendants Michael Shahkoohi and Ramin a/k/a Robert Baratian (collectively, "Plaintiffs/Counterclaim-Defendants) in the above-captioned action.

    Pursuant to Your Honor's December 12, 2025 Order, we write to advise the Court that on December 23, 2025, Plaintiffs/Counter-Defendants served on counsel for Counterclaim-Plaintiffs and Third-Party Plaintiffs their motion to dismiss and strike the Counterclaims and Third-Party Complaint, together with the supporting memorandum of law.

    In accordance with the Court's Order, Counterclaim-Plaintiffs' and Third-Party Plaintiffs' opposition papers are to be served by January 20, 2026, and Plaintiffs/Counterclaim-Defendants' reply papers, if any, are to be served by February 3, 2026. Once the motion is fully briefed in accordance with the bundling rules, we will promptly file the complete set of motion papers on ECF.

    We thank the Court for its attention to this matter.

                                                Respectfully submitted,

                                               *Colleen O'Neil*

                                               Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)