# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 10, 2026

**VIA ECF**
Honorable Steven I. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
> **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Tiscion:

We represent Plaintiffs/Counterclaim-Defendants AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., AutoExchange Center, LLC, and Chrome Insurance Agency LLC (collectively, "Plaintiffs") in the above-captioned action. Plaintiffs respectfully request a limited modification of the Scheduling Order entered on October 22, 2025 (the "Scheduling Order"), extending the deadline for motions to join new parties or amend pleadings from January 12, 2026 to April 13, 2026 (i.e., 90 days from January 12, 2026, with the deadline falling on the next business day). All other deadlines in the Scheduling Order would remain unchanged.

Good cause exists for this modest extension. Under the Scheduling Order, Plaintiffs' first requests for production and interrogatories are due to be served on January 12, 2026, with responses due on February 16, 2026. As a practical matter, the current January 12, 2026 deadline to join parties or amend pleading occurs before Plaintiffs will receive any written discovery responses and before Plaintiffs can meaningfully evaluate whether amendment or joinder is warranted based on the facts and document record. Plaintiffs wish to avoid unnecessary motion practice and serial amendments and instead make an informed decision after the parties exchange initial discovery and address deficiencies through the ordinary meet-and-confer process. Extending the amendment/joinder deadline will promote efficiency and orderly case management.

The request will not prejudice Defendants. Fact discovery remains open until June 6, 2026, with expert deadlines and dispositive motion "first step" date set substantially later in 2026. The requested extension is narrowly tailored to the amendment/joinder deadline and will not impede the remaining schedule.

Plaintiffs understand the Court's preference that counsel confer before seeking extension. Plaintiffs intend to confer with opposing counsel promptly; however, the timing is constrained because (i) the deadline is imminent, and (ii) counsel for Defendant is religiously observant and I understand does not communicate on the Sabbath. Plaintiffs will confer with opposing counsel as

Hon. Steven I. Tiscione, U.S.M.J.
January 10, 2026
Page 2

soon as practicable upon availability and will promptly advise the Court of Defendants' position, and/or submit a revised proposal if necessary.

    This is Plaintiffs' first request for extension of the deadline to amend and add parties.

    We thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  *Colleen O'Neil*

                                                  Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)