# EXHIBIT A

AGREEMENT FOR AUTO EXPO ENT INC AND PEACE PROPERTIES LLC

TOTAL SHARES OF THE PARTNERSHIP ARE 100

NUMBER OF PARTNERS: 5

EVERY PARTNER HOLDS 20 SHARES

ALL PARTNERS TAKE ONLY A SALARY FROM THE DEALERSHIP THAT IS SET BY THE AMOUNT THAT THE OPERATING PARTNER IS TAKING. 4 REMAINING PARTNERS WILL TAKE EQUAL SALARY THAT IS SET BY THE OPERATING PARTNER.

THE REST OF THE PROFIT WILL BE INVESTED IN THE COMPANY OR IN SUBSIDIARIES OF THE COMPANY.

THE OPERATING PARTNER WILL BE IN CHARGE OF NEW IDEAS & INVESTMENTS & HE MAY NOT ENTER INTO ANY OTHER PARTNERSHIP OR ANY OTHER BUSINESSES (DIRECTLY OR INDIRECTLY) OTHER THAN AUTO EXPO & ITS SUBSIDIARIES.

EVERY YEAR AT ANNIVERSARY ( PREFERABLY EVERY SIX MONTHS) OF THE PARTNERSHIP ALL INSIDE ACCOUNTS HAVE TO BE BROUGHT UP TO DATE.

NON OF THE PARTNERS HAVE THE RIGHT TO SELL SHARES OF THE COMPANY TO A 3RD PARTY OTHER THAN SHAREHOLDERS OF THE COMPANY.

IF THE NEW OPERATING PARTNER WANTS TO LEAVE THE PARTNERSHIP, HE MUST SELL HIS SHARE AT THE CASH VALUE OF MERCHANDISE & MONEY IN THE BANK OF THE COMPANY. HE MAY NOT COLLECT FOR NON-CASH VALUE OF THE BUSINESS.

THE NEW PARTNER WILL BRING 20% IN CASH INTO THE COMPANY & ANY SHORTAGE WILL BE CONSIDERED A LOAN FROM THE OTHER 4 PARTNERS TO THE NEW PARTNER @ BANK'S PRIME RATE & MUST BE PAID ASAP.

SINCE THE COMPANY IS ESTABLISHED & OPERATING ALL ACCOUNTS MUST BE UP TO DATED BEFORE TRANSACTION & THERE WILL BE 2 PERIOD CORRECTIONS AND ADJUSTMENT TO ACCOUNTS TO UPDATE THE ACCOUNTS THAT WHERE MISCALCULATED AT ORIGIN AFTER STARTING THE NEW COMPANY, FIRST PERIOD WILL BE 90 DAYS AFTER THE START OF OPERATION & SECOND PERIOD WILL BE 180 DAYS AFTER THE START OF OPERATION. BY THE END OF THE 180 DAYS ALL LOANS TO THE OPERATING PARTNER MUST BE PAID IN FULL AND ALL ADJUSTMENTS TO ACCOUNTS MUST BE DONE.

THE SUM AMOUNT THAT HAS BEEN SPENT ON SUZUKI SHOWROOM INCLUDING ALL EXPENSES FROM 1st DAY MUST BE BROUGHT AS A DEBT TO THE NEW COMPANY & THE FUTURE REAL ESTATE TAXES THAT ARE PAID MUST BE ADJUSTED FROM THE STARTING OPERATING DATE.

ASSETS OF THE COMPANY THAT ARE GOING TO BE CONSIDERED FOR NEW COMPANY WILL

*[Handwritten notary stamps and signatures:]*

State of New York County of Nassau

ROSANNE E. RUSSO
Notary Public - State of New York
NO. 01RU4990952
Qualified In Nassau County
My Commission Expires
Jan. 21, 2010

ROSANNE E. RUSSO
Notary Public - State of New York
NO. 01RU4990952
Qualified In Nassau County
My Commission Expires
Jan. 21, 2010

ROSANNE E. RUSSO
Notary Public - State of New York
NO. 01RU4990952
Qualified In Nassau County
My Commission Expires
Jan. 21, 2010

~~CASH~~ IN THE BANK

COST OF ALL VEHICLES IN STOCK

ALL ACCOUNTS RECEIVABLES

PARTS

THE AMOUNT THAT IS PAID TO SUZUKI FOR STARTER KIT & SIGNS & ARCHITECT

EXPENSES THAT IS ALREADY PAID TO EARN THE ZONING & CERTIFICATE OF OCCUPANCY (SUCH AS ARCHITECT, ATTORNEY TRAFFIC ENGINEER)

AMOUNTS THAT ARE PAID TO CONTRACTORS

PROPOSED DATE MAY 1st TO DO THE TRANSACTION

NEED TO ADJUST FOR TAXES & COMMISSIONS DUE TO SALES PEOPLE & OTHER BILLS & RECEIVABLES SUCH AS DUES FROM SUZUKI

ALSO AS A GUIDELINE ANY CAR THAT MASTERS SALES AT EXPO OR EXPO SELL AT MASTERS, PROFITS WILL BE SPLITED 50/50.

ALL REPAIRS DONE BY SUZUKI SERVICE FOR MASTERS VEHICLES MUST BE AT WHOLESALE PRICE. SUZUKI SERVICE SHOULD BE CONSIDERED AS AN INDEPENDENT REPAIR SHOP. MASTERS SHOULD HAVE THE OPTION TO CHOOSE A REPAIR FACILITY. LOANER CARS MUST BE DEALT WITH AS WHOLESALE PRICE, THERE WILL BE NO OTHER MANAGEMENT CHANGES.

ON EAST COAST DEALS EVERY DEAL WILL BE ON FULL RECOURSE BASIS & THERE WILL BE AN ACQUISITION FEE TO THE DEAL FOR EAST COAST EXPENSES, ALL DEALS MUST BE REFINANCED BY SUZUKI FINANCE SOURCES ASAP & PAYOFF ILL BE WITHOUT PREPAYMENT PENALTY.

IN CASE OF EXPO GOING PUBLIC THE SHAREHOLDERS WILL KEEP EQUAL AMOUNT OF SHARES & WILL BE PROHIBITED TO KEEP NON EQUAL SHARES UNLESS OTHER PARTNERS AGREE TO IT AND MAY NOT SALE SHARES TO PUBLIC IN OPEN MARKET THAT MAY RESULT TO HAVE UNEQUAL SHARES AMONG 5 ORIGINAL SHAREHOLDERS.

KAMRAN & RAMIN WILL BE SR ADVISORS TO THE COMPANY & EVERY DECISION MUST BE APPROVED BY AT LEAST ONE OF THEM.

**RAMIN BARATIAN**

X _[signature]_

**ARMIN BARATIAN**

X _[signature]_

**OMID ELYAHOU**

X _[signature]_

**KAMRAN SHAHKOHI**

X _[signature]_

**KAIVAN SHAHKOHI**

X _[signature]_

State of New York
County of NASSAU

ROSANNE E. RUSSO
Notary Public - State of New York
NO. 01RU4990952
Qualified In Nassau County
My Commission Expires
Jan. 21, 2010