**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | January 30, 2026 |
| TIME: | 12:30 pm |
| DOCKET NUMBER(S): | 23-cv-09249-OEM-ST |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al v. Elyahou et al. |
| FOR PLAINTIFF(S): | O'Neil, Devino |
| FOR DEFENDANT(S): | Emouna |
| NEXT CONFERENCE(S): | See Rulings below. |
| FTR/COURT REPORTER: | Cisco (12:30 - 1:00) |

RULINGS FROM Motion Hearing:

Defendants' Motions for Extension of Time to Amend the Counterclaims [90][93] are granted.  Plaintiffs' Motion to Amend the Complaint [92] is granted.  Plaintiffs shall file the Amended Complaint by February 6, 2026.  Defendants shall file the Amended Answer/Counterclaims by March 2, 2026.  The currently pending Motion to Dismiss is now moot, but if Plaintiffs seek to dismiss the Amended Counterclaims, the parties should submit a briefing schedule to the Court for approval.