# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 20, 2026

**VIA ECF**
Honorable Steven I. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
               **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Tiscione:

We represent Plaintiffs/Counterclaim-Defendants AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., AutoExchange Center, LLC, and Chrome Insurance Agency LLC (collectively, "Plaintiffs") in the above-captioned action. Plaintiffs respectfully request an extension for Plaintiffs/Counterclaim Defendants' to respond to Defendants/Counterclaim Plaintiffs' Amended Counterclaims. The current deadline is March 23, 2026 and the extension would be to April 23, 2026.

Good cause exists for this modest extension. Plaintiffs' counsel is currently preparing for two separate trials currently scheduled for the end of March simultaneously. This extension allows Plaintiffs to meaningfully review the Counterclaims and evaluate all response options.

Opposing counsel has consented to the extension.

This is Plaintiffs first request for an extension regarding the deadline to respond to the Amended Counterclaims.

We thank the Court for its consideration of this request.

               Respectfully submitted,

               *Colleen O'Neil*

               Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)