# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 15, 2026

**VIA ECF**
Honorable Steven I. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
              **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Tiscione:

We represent Plaintiffs/Counterclaim-Defendants AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., AutoExchange Center, LLC, and Chrome Insurance Agency LLC (collectively, "Plaintiffs") in the above-captioned action. Plaintiffs respectfully request an extension of time to respond to Defendants/Counterclaim-Plaintiffs' Amended Counterclaims. The deadline for Plaintiffs' to Respond was April 23, 2026 and the new deadline would be May 22, 2026.

There is good cause for the delay in requesting the extension. Unfortunately, there was a glitch in our calendar system and the deadline in question was deleted.

Opposing counsel has consented to the new deadline.

This is Plaintiffs' second request for an extension regarding the deadline to respond to the Amended Counterclaims.

We thank the Court for its consideration of this request.

Respectfully submitted,

_Colleen O'Neil_

Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)