



Case 2:23-cv-09249-OEM-ST    Document 103-1    Filed 05/27/26    Page 3 of 3 PageID #: 2409

An official website of New York State.

Here's how you know ⌄



## Department of Motor Vehicles

### Find a DMV Regulated Business

Your search returned 1 result of 1 found.

## Facility Number Search Result

**Facility Number:** 7134978

**Facility Name:** Import Masters

**Address:** 60 Northern Blvd, Great Neck, NY 11021

**Facility Type(s):**

- Retail Motor Vehicle Dealer, Other ⤴

**Quick Links:**

Receive Email / Text Reminders ⤴

Military Veteran Resources ⤴

Register to Vote ⤴

Register as an Organ Donor ⤴

E-ZPass® ⤴

Privacy & Security ⤴

Translation Disclaimer ⤴

## DMV Home ⤴