# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 28, 2026

**VIA ECF**

Honorable Orelia E. Merchant, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     **AutoExpo Ent. Inc., et al. v. Omid Elyahou et al.**
>           **Case No.: 2:23-cv-09249 (OEM) (ST)**

Dear Judge Merchant:

Plaintiffs/Counterclaim Defendants/Third-Party Defendants ("Plaintiffs") respectfully submit this letter concerning Defendants' Counter Motion for Pre-Motion Conference (ECF No. 103), filed in response to Plaintiffs' Rule 12 pre-motion conference request (ECF No. 102).

Plaintiffs recognize and appreciate that the Court's Individual Rules do not contemplate reply letters in ordinary Rule 12 pre-motion practice. However, Plaintiffs write only because Defendants' filing appears to seek affirmative relief beyond a response to Plaintiffs' pre-motion request, including an "immediate status and discovery conference," preservation relief, and discovery scheduling relief.

To the extent Defendants seek affirmative discovery or case-management relief, Plaintiffs respectfully submit that such requests are separate from Plaintiffs' Rule 12 pre-motion request and should be addressed, if at all, in accordance with the applicable rules governing discovery and non-dispositive applications. Plaintiffs further respectfully note that Defendants' filing relies on factual assertions and materials outside the pleadings, including alleged rebranding activity and purported preservation concerns, which do not bear on whether Plaintiffs should be granted leave to file the contemplated Rule 12 motion.

Plaintiffs therefore respectfully request that the Court either: (i) treat Defendants' filing solely as their response to Plaintiffs' Rule 12 pre-motion conference request; or (ii) to the extent the Court intends to consider Defendants' filing as an independent request for affirmative discovery, preservation, or case-management relief, respectfully permit Plaintiffs to submit a brief response limited to those new issues.

May 28, 2026
Page 2

We thank the Court for its attention to this matter.

Respectfully submitted,

*Colleen O'Neil*

Colleen O'Neil, Esq.

cc: Counsel of Record (via ECF)