**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | June 17, 2026 |
| TIME: | 12:00 p.m. |
| DOCKET NUMBER(S): | 23cv9249-OEM-ST |
| NAME OF CASE(S): | AutoExpo Ent. Inc. et al v. Elyahou et al |
| FOR PLAINTIFF(S): | O'Neil, Mule |
| FOR DEFENDANT(S): | Emouna |
| NEXT CONFERENCE(S): | |
| FTR/COURT REPORTER: | Cisco (12:00 - 12:30) |

RULINGS FROM   Telephone Conference           :

Parties will move forward expeditiously with all outstanding discovery responses and attempt to resolve any objections or deficiencies amongst themselves.  If the parties reach a true impasse on specific discovery issues they may file an appropriate discovery motion