UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

AUTOEXPO ENT. INC., *et al.*,

        Plaintiffs,

        v.

OMID ELYAHOU, *et al.*,

        Defendants.

----------------------------------------------------------------------X

OMID ELYAHOU, *et al.*,

        Counterclaim Plaintiffs and
        Third-Party Plaintiffs,

        v.

AUTOEXPO ENT. INC., *et al.*,

        Counterclaim-Defendants,

and

MICHAEL SHAHKOOHI, *et al.*,

        Third-Party Defendants.

----------------------------------------------------------------------X

**Case No.: 2:23-cv-9249 (OEM) (ST)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of Plaintiffs/Counterclaim-Defendants' and Third-Party Defendants' Motion to Dismiss and Strike Counterclaims and Third-Party Complaint, and upon all prior pleadings and proceedings had herein, Plaintiffs/Counterclaim Defendants Auto Expo Ent. Inc., Peace Properties LLC, Network Reinsurance Company, Inc., Auto Exchange Center, LLC, and Chrome Insurance Agency LLC (collectively, "Plaintiffs/Counterclaim-Defendants"), together with Third-Party Defendants Michael Shahkoohi and Ramin a/k/a Robert Baratian (collectively, "Third-Party

Defendants"), will move this Court, before the Honorable Orelia E. Merchant, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be determined by the Court, for an Order:

1. dismissing Derivative Causes of Action I through VIII of Defendants' Amended Counterclaims and Third-Party Complaint for failure to satisfy Federal Rule of Civil Procedure 23.1 and for failure to state a claim;

2. dismissing Direct Counterclaims II through X pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6);

3. dismissing or narrowing any portion of Direct Counterclaim I that seeks recovery for injuries allegedly suffered by an entity rather than distinct individual injuries;

4. striking immaterial, impertinent, and prejudicial allegations pursuant to Federal Rule of Civil Procedure 12(f), including the allegations identified in Exhibit A to the accompanying Memorandum of Law; and

Dated: June 29, 2026
Lake Success, New York

Respectfully submitted,

**MILMAN LABUDA LAW GROUP, PLLC**
*Attorneys for Plaintiffs / Counterclaim Defendants / Third-Party Defendants*

By: *Colleen O'Neil*
Michael C. Mulè, Esq.
Colleen O'Neil, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
michaelmule@mllaborlaw.com
colleen@mllaborlaw.com

2