

**Matin Emouna**
*Admitted in NY, NJ & CT*
memouna@emiklaw.com

#### JOINT CONSENT REQUEST FOR BRIEF ADJOURNMENT OF BRIEFING SCHEDULE

July 23, 2026

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, New York 11201

Honorable Steven L. Tiscione
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.,*
*Case No.: 23-cv-9249*

Dear Judge Merchant and Magistrate Judge Tiscione:

I represent Defendants and Counterclaim-Plaintiffs (the "Counterclaim-Plaintiffs") in the above-captioned action. Plaintiffs and Counterclaim-Defendants AutoExpo Ent. Inc., Peace Properties LLC, Network Reinsurance Company Inc., AutoExchange Center, LLC, and Chrome Insurance Agency LLC (collectively, "Plaintiffs") are represented by Milman Labuda Law Group LLC.

I write, with the consent of counsel for Plaintiffs, to respectfully request a two-week adjournment of the current briefing schedule and any related appearances. Specifically, the parties respectfully request that Defendants' opposition, presently due on July 29, 2026, be adjourned to August 13, 2026, and that Plaintiffs' reply and any related appearance, presently scheduled for August 13, 2026, be adjourned to August 28, 2026, or to such other dates as may be convenient for the Court.

The requested adjournment is sought because the parties have made substantial progress toward resolving this matter and are presently preparing settlement documentation that they anticipate will resolve not only this action, but also the related litigation pending between them. The requested adjournment will afford the parties an opportunity to finalize and execute those agreements and may eliminate the need for further proceedings before this Court.

This request is made on consent, in good faith, and solely in the interest of judicial economy. It is the parties' first request for this specific relief.

Thank you for the Court's time, patience, and continued consideration of these matters.

Respectfully submitted,

/s/ *Matin Emouna*

Matin Emouna

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530