

**Matin Emouna**
*Admitted in NY, NJ & CT*
*memouna@emiklaw.com*

August 13, 2026

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, New York 11201

Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.*
Case No. 23-cv-9249

Dear Judge Merchant and Magistrate Judge Tiscione:

We represent Defendants and Counterclaim-Plaintiffs in the above-captioned action. With Plaintiffs' consent, Defendants respectfully request a second adjournment of the briefing schedule for Plaintiffs' motion to dismiss. The Court's July 27, 2026 Order currently requires Defendants to serve their opposition by August 13, 2026, and Plaintiffs to serve any reply and file the fully briefed motion by August 28, 2026. Defendants request that those deadlines be extended to September 15, 2026, and September 29, 2026, respectively.

The parties are finalizing settlement documentation intended to resolve this action and related litigation between them. They remain optimistic that the settlement will be consummated and that the pending motion will become moot. The requested adjournment will allow the parties to complete that process while conserving the parties' and the Court's resources. This request is made in good faith, not for purposes of delay, and would not affect any other deadline.

This is the parties' second request to adjourn this briefing schedule. Their first request was granted by the Court's July 27, 2026 Order (ECF No. 110). The parties will continue to refrain from filing the motion papers until the motion is fully briefed, if necessary, consistent with Individual Practices and Rules § III.G.

Thank you for the Court's time, patience, and continued consideration of these matters.

Respectfully submitted,

/s/ *Matin Emouna*

MATIN EMOUNA

T: 516-877-9111 - F: 516-877-9112 - 100 Garden City Plaza, Suite 520, Garden City, NY 11530