EMOUNA & MIKHAIL, P.C.
ATTORNEYS AT LAW

**Matin Emouna**
*Admitted in NY, NJ & CT*
*memouna@emiklaw.com*

October 2, 2026

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6C South
Brooklyn, New York 11201

Re: *AutoExpo Ent. Inc., et al. v. Elyahou, et al.*
Case No. 23-cv-9249

Dear Judge Merchant:

We represent Defendants and Counterclaim-Plaintiffs in the above-captioned action. With Plaintiffs' consent, Defendants respectfully request, *nunc pro tunc*, a further extension of the briefing schedule for Plaintiffs' motion to dismiss. By Order dated August 14, 2026 (ECF No. 111), the Court extended Defendants' deadline to serve their opposition to September 15, 2026, and Plaintiffs' deadline to serve their reply and file the fully briefed motion to September 29, 2026. Counsel sincerely apologizes to the Court that this application was not made before those deadlines expired.

The parties have continued to work actively and productively toward a comprehensive settlement intended to resolve this action and the related state litigation between them. Substantial progress has been made, and the parties are presently finalizing the settlement documentation. Given the number of parties and affiliated entities involved, together with the interrelated claims and proceedings that must be addressed, finalizing the documentation has taken longer than reasonably anticipated. The intervening Jewish holidays have further affected counsel's ability to complete that process.

Rather than expend the parties' and the Court's resources on motion practice that the anticipated settlement should render unnecessary, the parties respectfully request a brief further opportunity to complete their work. Accordingly, Defendants request, with Plaintiffs' consent, that the Court extend the schedule *nunc pro tunc* as follows: Defendants shall serve their opposition by November 3, 2026, and Plaintiffs shall serve their reply, if any, and file the fully briefed motion by November 17, 2026.

This is the parties' third request to adjourn this briefing schedule; the two prior requests were granted. The present request is made in good faith, not for purposes of delay, and to permit the parties to consummate a settlement that they reasonably anticipate will obviate the pending motion and conserve judicial resources.

Counsel again sincerely apologizes for not seeking this relief before expiration of the existing schedule and respectfully thanks the Court for its patience, accommodation, and continued consideration as the parties endeavor to bring this matter to a final resolution.

Respectfully submitted,
/s/ *Matin Emouna*
MATIN EMOUNA